UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEIL ANAND, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 21-1635 (CKK) |
| ) | |
| U.S. DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

Defendants U.S. Department of Health and Human Services ("HHS") and U.S. Department of Justice ("DOJ"), specifically the Drug Enforcement Administration ("DEA"), by and through undersigned counsel, respectfully submit this Answer to the Complaint filed by Neil Anand and Lesly Pompy ("Plaintiffs"). This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. This case is exempt from the requirements of Rules 16(b) and 26(f) of the Rules of Civil Procedure, pursuant to Local Civil Rule 16.3(b)(10). Defendants deny all allegations in the Complaint, including the relief sought, except as specifically admitted in this Answer.

### RESPONSES TO THE NUMBERED PARAGRAPHS

### Nature of Action[1]

1. This paragraph consists of Plaintiffs' characterization of this FOIA action, to which no response is required.

---

[1] For ease of reference, Defendants' Answer replicates the headings contained in the Complaint. Although Defendants believe that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

1

### Jurisdiction and Venue

2.  This paragraph consists of conclusions of law regarding jurisdiction to which no response is required. To the extent a response is deemed necessary, Defendants admit that this Court has subject matter jurisdiction under FOIA, subject to its terms and limitations.

3.  This paragraph consists of conclusions of law regarding venue to which no response is required. To the extent a response is deemed necessary, Defendants admit that this venue is proper in this judicial district under FOIA.

### Parties

4.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation contained in this paragraph.

5.  This paragraph consists of Plaintiffs' characterization of the type of records they are seeking to which no response is required.

6.  This paragraph consists of conclusions of law to which no response is required.

7.  HHS admits that it is a Department within the federal government and CMS admits that it is a HHS component. DEA admits that it is a DOJ component. The remaining allegation in this paragraph consist of a legal conclusion to which no response is required.

### Plaintiffs Freedom of Information Request

8.  This paragraph consists of Plaintiffs' characterization of its FOIA request to which no response is required. HHS denies that it received a request dated May 11, 2021. HHS admits that its Office of the Inspector General ("OIG") received a request from Plaintiffs on April 17, 2021 for "All information concerning data analytics algorithms used in the Pill Mill Doctor Project, all reports and work product generated by contractor Qlarant corporation concerning the Pill Mill Doctor Project, statement of work and official contract of Qlarant corporation, all reports from

Blue Cross Blue Shield corporation to OIG concerning improper prescribing of opiates by specific physicians, all reports of OIG concerning Neil Anand or Institute of Advanced Medicine and Surgery." DEA denies receiving a request dated May 11, 2021. DEA admits receiving requests dated April 17, 2021, from each Plaintiff separately for records pertaining to themselves, which are completely different from the request that is the subject of this Complaint.

9. HHS admits that Robin Brooks, Director, OIG Freedom of Information Act Office, responded to Plaintiffs' April 17, 2021 request on April 23, 2021. Ms. Brooks denied the request pursuant to FOIA Exemption (b)(7)(A) due to an open and ongoing investigation concerning the subject of Plaintiffs' request.

10. HHS admits that Plaintiffs appealed the denial of the request on April 29, 2021, and that HHS has not issued a determination with respect to Plaintiffs' appeal. DEA lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained in this paragraph.

11. This paragraph consists of conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendants deny the allegations.

12. This paragraph consists of conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendants deny the allegations.

13. This paragraph consists of conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendants deny the allegations.

14. This paragraph consists of conclusions of law to which no response is required. To the extent a response is deemed necessary, Defendants deny the allegations.

15. This paragraph consists of Plaintiffs' personal beliefs to which Defendants deny for lack of knowledge.

16. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. The remaining allegation in this paragraph consist of a legal conclusion to which no response is required.

### **Demand for Relief**

The remainder of the Complaint consists of Plaintiffs requests for relief, to which no response is required. To the extent a response is deemed necessary, Defendants deny that Plaintiffs are entitled to the relief requested or to any relief whatsoever.

### **FIRST DEFENSE**

Certain of the records sought by Plaintiff are exempt from release under one or more FOIA exemptions.

### **SECOND DEFENSE**

The Court lacks jurisdiction to award relief that exceeds that authorized by FOIA.

### **THIRD DEFENSE**

Plaintiff is neither eligible nor entitled to attorney's fees or costs.

Defendants reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to this Complaint become known to Defendants through the course of this litigation.

\*   \*   \*

Dated:  August 6, 2021				Respectfully submitted,

							CHANNING D. PHILLIPS, D.C. Bar #415793
							Acting United States Attorney

							BRIAN P. HUDAK
							Acting Chief, Civil Division

							*/s/ Kathleene Molen*
							KATHLEENE MOLEN
							Assistant United States Attorney
							555 4th Street, N.W.
							Washington, D.C. 20530
							Tel: (202) 803-1572
							Kathleene.Molen@usdoj.gov

							*Counsel for Defendants*