UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEIL ANAND, *et al.*,<br><br>          *Plaintiffs,*<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>          *Defendants*. | Civil Action No. 21-1635 (CKK) |

## **DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT**

Defendants, U.S. Department of Health and Human Services (the "Department") and Drug Enforcement Administration ("DEA"), respectfully move for summary judgment in this Freedom of Information Act ("FOIA") case brought by Plaintiffs Neil Anand and Lesly Pompy. Pursuant to the Court's April 10, 2023 Order (ECF No. 90), this motion addresses a single issue: whether the part of Plaintiff Anand's FOIA request to the Department that seeks "all reports from Blue Cross Blue Shield corporation to [the Department's Office of Inspector General] concerning improper prescribing of opiates by specific physicians" is unduly burdensome. As explained in the accompanying brief and supporting materials, it is. Accordingly, Defendants are entitled to summary judgment regarding Plaintiff Anand.

\*      \*      \*

Dated:  April 26, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for the United States of America*