UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEIL ANAND, *et al.*,<br><br>                    *Plaintiffs,*<br><br>         v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br><br>                    *Defendants*. | Civil Action No. 21-1635 (CKK) |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS**
**AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Local Civil Rule 7(h), Defendants, U.S. Department of Health and Human Services (the "Department" or "HHS") and Drug Enforcement Administration ("DEA"), respectfully submit this statement of material facts as to which there is no genuine issue.

1.      On April 17, 2017, Plaintiff Neil Anand submitted a Freedom of Information Act ("FOIA") request to the Department.  First Brooks Decl. (ECF No. 59-4) ¶ 7; Anand's HHS FOIA Request (ECF No. 59-5).

2.      The Department has estimated that it would take approximately 58,801 hours of continuous time to review the potentially responsive records for the part of Plaintiff Anand's FOIA request seeking "all reports from Blue Cross Blue Shield corporation to OIG concerning improper prescribing of opiates by specific physicians."  Suppl. Brooks Decl. ¶ 23.

3.      The Department has estimated that employing someone to work fulltime on Plaintiff Anand's FOIA request for 28 years would cost the Department more than $3,534,524 in salary alone.  Suppl. Brooks Decl. ¶ 26.

4.      Plaintiff Anand's FOIA request is not the Department's only FOIA request, and the

office processing this request consists of three people (one of whom is about to retire) who are

dealing with a significant backlog of FOIA requests.  Suppl. Brooks Decl. ¶¶ 2, 27.

Dated:  April 26, 2023                          Respectfully submitted,

                                                MATTHEW M. GRAVES, D.C. Bar No. 481052
                                                United States Attorney

                                                BRIAN P. HUDAK
                                                Chief, Civil Division

                                By:     /s/ *Douglas C. Dreier*
                                        DOUGLAS C. DREIER, D.C. Bar No. 1020234
                                        Assistant United States Attorney – Civil Division
                                        U.S. Attorney's Office for the District of Columbia
                                        601 D Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 252-2551
                                        douglas.dreier@usdoj.gov

                                        *Counsel for the United States of America*