UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEIL ANAND, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants.* | Civil Action No. 21-1635 (CKK) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' motion for summary judgment, any responses thereto, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that summary judgment is entered in favor of the Department of Health and Human Services on Plaintiff Neil Anand's claims against it.

This is a final appealable order.


SO ORDERED this ____ day of _____, 202__.


_____
COLLEEN KOLLAR-KOTELLY
United States District Judge