UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEIL ANAND, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 21-1635 (CKK) |

**Notice of Appeal**

Notice is hereby given that Plaintiff Neil Anand in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia, from the final judgments (ECF No. 87 and ECF No. 94) of Defendants' Motion for Summary Judgment and Dismissal of Plaintiff Anand's litigation by order of the District Court for the District of Columbia on 23rd day of May 2023. Plaintiff enters in this Notice of Appeal action on the 24th day of May 2021.

Notice is hereby given to Defendant Health and Human Services and Defendant Drug Enforcement Agency through their counsel, Douglas C. Dreier, Esquire, Assistant United States Attorney for District of Columbia, 555 4th Street, N.W., Washington, D.C. 20530, Tel: (202) 252-2551/ (202) 725-4614 (office cell), Douglas.Dreier@usdoj.gov.

Respectfully submitted,

Dated:  May 24, 2023

/s/ Neil Anand

NEIL ANAND

**RECEIVED**
MAY 24  2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1313 Cheltenham Drive

Bensalem, Bucks County, PA 19020

Phone: 267-934-9784

*Pro se* Plaintiff

Certificate of Service

Neil Anand hereby certifies that on the date set forth below a copy of the foregoing was filed with the clerk of courts. Notice of this filing will be sent to all parties by email or by regular mail. I also hereby certify that I presented the foregoing Notice to the Clerk of the Court through email, submitted in PDF format, to DCD_ECFNotice@dcd.uscourts.gov, dcd_intake@dcd.uscourts.gov, for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein.

Douglas C. Dreier, Esquire

Assistant United States Attorney for District of Columbia

555 4th Street, N.W.

Washington, D.C. 20530

Tel: (202) 252-2551/ (202) 725-4614 (office cell)

Douglas.Dreier@usdoj.gov

Dated: May 24, 2023

/s/ Neil Anand

NEIL ANAND

1313 Cheltenham Drive

Bensalem, Bucks County, PA 19020

Phone: 267-934-9784

*Pro se* Plaintiff